UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. FREDRICK RANNEL BOLDEN, | Case No. CV 15-01751 CJC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: November 20, 2015

Rozella a. Oliver

_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE